| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jeffrey Marvin Meyer** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7       12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Chrysler Capital**<br><br>Description of property securing debt: **Chrysler Jeep Grand Cherokee 43,000 miles**<br>**Jeep is leased from Chrysler Capital. See Schedule G.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Continue to make payments pursuant to current lease agreement.** | ■ No<br>☐ Yes |
| Creditor's name: **Citizens One**<br><br>Description of property securing debt: **2015 Chevrolet Silverado 90,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Continue to make payments pursuant to current loan agreement.** | ☐ No<br>■ Yes |
| Creditor's name: **Mr. Cooper**<br><br>Description of property **4135 Spanish Oaks Way Castle** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br>■ Yes |

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 1

| Debtor 1 | Jeffrey Marvin Meyer | Case number (*if known*) | |

| | | | |
|---|---|---|---|
| property securing debt: | Rock, CO 80108  Douglas County<br>Broker price opinion including consideration of deferred maintenance, unlandscaped yard, and HOA violations. | ■ Retain the property and [explain]:<br><br>Continue to make payments pursuant to current mortgage loan agreement | |
| Creditor's name: | TCF Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br><br>Continue to make payments pursuant to current mortgage loan agreement | ☐ No<br><br>■ Yes |
| Description of property securing debt: | 4135 Spanish Oaks Way Castle Rock, CO 80108  Douglas County<br>Broker price opinion including consideration of deferred maintenance, unlandscaped yard, and HOA violations. | | |

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | **Chrysler Capital** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Lease for Jeep Grand Cherokee, leased by Debtor and non-filing spouse. Monthly payments at $910/month. Debtor and non-filing spouse have 2 payments left on the Jeep. Debtor and non-filing spouse intend to keep making the payments until the lease is up and then return the Jeep back to the dealership.** | |

### Part 3:  Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Jeffrey Marvin Meyer**
   **Jeffrey Marvin Meyer**
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date  **November 27, 2019**

Date  _____